JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5035

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00633 JF |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS HEARING FROM AUGUST 18, 2009 TO SEPTEMBER 23, 2009 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| RENE ACEVEDO, ) | |
|    Defendant. ) | |

     The parties are currently scheduled to appear before this Court on August 18, 2009 at 9:00 a.m. for a status and trial setting hearing. Defense counsel is currently in trial, and the parties anticipate a resolution to this matter. Therefore, the government and defense request a continuance of this hearing to September 23, 2009 at 9:00 a.m. (or other date convenient for the Court) and an exclusion of time under the Speedy Trial Act.

     The parties stipulate that the time between August 18, 2009 and September 23, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. The parties further agree that the ends of justice served by granting the

1 | requested continuance outweigh the best interests of the public and the defendant in a speedy trial
2 | and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
3
4
5 | DATED: August 18, 2009                                JOSEPH P. RUSSONIELLO
                                                         United States Attorney
6
7
                                                         _____/S/_____
8                                                        GRANT P. FONDO
                                                         Assistant United States Attorney
9
10                                                       _____/S/_____
                                                         ALFREDO MORALES
11                                                       Counsel for Defendant
12
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

*US v. Acevedo*, CR 09-00633 JF
Stip. and [Proposed] Order re Hearing

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing in the above-entitled matter is continued from August 19, 2009 to September 23, 2009 at 9:00 a.m.

The Court further ORDERS that the time between August 19, 2009 and September 23, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 8/19/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE