Alfredo M. Morales SBN 69204
Law Offices of Morales & Leanos
75 E. Santa Clara St., Suite 250
San Jose, CA   95ll3
(408) 294-5400

Counsel for Defendant
Rene Acevedo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. CR-09-00633   JF** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE; [PROPOSED] ORDER |
| v. | ) | |
| | ) | Next Court Date |
| RENE ACEVEDO, | ) | Date: 02/11/10 |
| | ) | Time: 9:00 a.m. |
| | ) | Court: Hon. Jeremy Fogel |
| Defendant. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Grant P. Fondo and defendant Rene Acevedo, through his attorney Alfredo M. Morales, that the sentencing hearing which is currently scheduled for February 11, 2010, to be continued to April 29, 2010, at 9:00 a.m.

This continuance is necessary because both defense counsel and counsel for the government need further time to investigate and review sentencing issues.

USPO Benjamin Flores has been advised of this continuance and has no objection.

It is so stipulated.

Dated: February 8, 2010          _____/s/_____
                                 Alfredo M. Morales, Esq.
                                 Attorney for Rene Acevedo

Dated: February 8, 2010          _____/s/_____
                                 Grant P. Fondo
                                 Assistant United States Attorney

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing hearing for Rene Acevedo which is currently set for February 11, 2010, is continued to April 29, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 2/12/10

**HON. JEREMY FOGEL**
**UNITED STATES DISTRICT JUDGE**

Stipulation to Continue Sentencing Date & Order          2