JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5035

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00633 JF |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE FROM APRIL 29, 2010 TO JULY 1, 2010 |
| v. ) | |
| RENE ACEVEDO, ) | |
|    Defendant. ) | |

   The parties are currently scheduled to appear before this Court on April 29, 2010, at 9:00 a.m. for defendant's sentencing hearing.

   The parties, the United States of America, by and through Assistant United States Attorney Grant Fondo, and defendant Rene Acevedo, through his attorney Alfredo M. Morales, stipulate that the defendant's sentencing hearing currently set for April 29, 2010, at 9:00 a.m., be continued to July 1, 2010, at 9:00 a.m.  This continuance is necessary because both defendant's counsel and counsel for the United States need further time to investigate and review sentencing issues.

1  United States Probation Officer Benjamin Flores has been advised of the continuance and has
2  no objection.

3
4  DATED: April 21, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
5
6                                           _____/S/_____
                                            GRANT P. FONDO
7                                           Assistant United States Attorney
8
                                            _____/S/_____
9                                           ALFREDO MORALES
                                            Counsel for Defendant
10
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

*US v. Acevedo*, CR 09-00633 JF
Stip. and [Proposed] Order re Sentencing

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant's sentencing hearing in the above-entitled matter is continued from April 29, 2010, to July 1, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 4/23/10

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE